## Maurice Weill v. P. H. Cornell.

1. EVIDENCE—*Objections to, Should be Specific.*—Specific objections should be made in the trial court to the introduction of evidence if the propriety of its introduction is to be questioned on appeal.

**Assumpsit,** on a contract of employment. Appeal from the Circuit Court of Cook County; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed March 8, 1897.

### STATEMENT OF THE CASE.

This is an appeal from a judgment against the appellant (defendant below) on a certain alleged contract of employment.

MARTIN J. ISAACS, attorney for appellant.

Wilber, Eldridge & Alden, attorneys for appellee.

Mr. Justice Waterman delivered the opinion of the Court.

The principal contention of appellant is, that a witness was improperly permitted to testify to the contents of a written contract of employment.

Appellant's objection to such testimony was general only.

The objection should have been specific; the matter of the testimony was competent. Norton v. Dow, 5 Gil. 459; Swift v. Whitney, 20 Ill. 144; Wright v. Smith, 82 Ill. 527; Cox v. Gerkin, 38 Ill. App. 340; Conway v. Case, 22 Ill. 127.

The judgment of the Circuit Court is affirmed.